UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03862-PA (SP) | Date | September 9, 2021 |
|---|---|---|---|
| Title | DEBORAH MARIE PRIOLO v. KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On May 6, 2021 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g). On May 19, 2021, the court issued its Case Management Order in this matter. The Case Management Order advised plaintiff that the summons and complaint must be served promptly on defendant in accordance with Federal Rule of Civil Procedure 4(i), and specifically ordered that a proof of such service must thereafter be filed with the court, preferably within 30 days of the date of the Case Management Order, i.e., on or before June 18, 2021.

Although the court requested proof of service by June 18, 2021, Federal Rule of Civil Procedure 4(m) requires service within 90 days after the complaint is filed, or by August 4, 2021 in this case. If the complaint is not served within 90 days of its filing, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless plaintiff shows good cause for the failure, in which case the court must grant an appropriate extension. Fed. R. Civ. P. 4(m).

To date, the court has not received a proof of service, although both the requested deadline of June 18, 2021 and the 90-day outside limit to serve the complaint have passed. Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so. It therefore appears that plaintiff has violated the court's order and the Federal Rules of Civil Procedure and is not properly prosecuting this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03862-PA (SP) | Date | September 9, 2021 |
|---|---|---|---|
| Title | DEBORAH MARIE PRIOLO v. KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration | | |

     Accordingly, plaintiff is ORDERED to show cause in writing by **September 24, 2021** why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period, as directed in the Case Management Order. Plaintiff may discharge this Order to Show Cause by filing, not later than September 24, 2021, proof of service of the summons and complaint.

     **The court warns plaintiff that failure to respond to the Order to Show Cause by September 24, 2021, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**